### ELLERY v. BENDET.

(Supreme Court, Appellate Term. May 1, 1900.)

JUDGMENTS—DEFAULT—VACATION.

    Where numerous adjournments of the trial have been had at defendant's request, and no legal excuse was given for opening his default, an order opening such default was erroneous, and will be reversed.

Appeal from municipal court, borough of Manhattan, Fifth district.

Action by Joseph E. Ellery against Edward E. Bendet. From an order of the municipal court of New York City opening a judgment against defendant by default, plaintiff appeals. Reversed.

Argued before TRUAX, P. J., and DUGRO and SCOTT, JJ.

Campbell & Hanse, for appellant.

Max Bendet, for respondent.

PER CURIAM. The order opening the default is reversed, with costs. No legal excuse was given for opening the default,—especially in view of the fact of the numerous adjournments of the trial of the action that had been had at the request of the defendant.